IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WILLIAM WHITE and
PAULA WHITE                                                                    PLAINTIFFS

v.                                                          CAUSE NO. 3:04-cv-00184-NBB-EMB

YAMAHA MOTOR CORPORATION, U.S.A.;
YAMAHA MOTOR CO., LTD; and
JOHN DOES 1-5                                                                  DEFENDANTS

## AGREED ORDER AMENDING CASE MANAGEMENT PLAN ORDER

This matter is before the Court on the joint motion <u>ore tenus</u> of the plaintiff William White and the defendants Yamaha Motor Corporation, U.S.A., and Yamaha Motor Co., Ltd., to amend the case management plan order in order to extend the defendants' expert designation deadline from January 15, 2008, to January 31, 2008; the Court, fully advised in the premises, finds the motion is well taken.

Accordingly, it is ORDERED that the joint motion to amend the case management plan order is granted and the below case management plan order deadline is amended as follows:

The defendants are to designate their experts on or before January 31, 2008.

**SO ORDERED** this, the 21st day of December, 2007.

                                                    /s/ Eugene M. Bogen
                                                    U.S. MAGISTRATE JUDGE

AGREED AS TO FORM AND CONTENT:


s/ Ralph Chapman
RALPH CHAPMAN
ATTORNEY FOR THE PLAINTIFFS WILLIAM WHITE AND PAULA WHITE


s/ Trey Bourn
TREY BOURN
ATTORNEY FOR THE DEFENDANTS YAMAHA MOTOR CORPORATION, U.S.A., AND YAMAHA MOTOR CO., LTD.