IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WILLIAM WHITE and
PAULA WHITE                                                            PLAINTIFFS

v.                                              CAUSE NO. 3:04-cv-00184-NBB-EMB

YAMAHA MOTOR CORPORATION, U.S.A.;
YAMAHA MOTOR CO., LTD; and
JOHN DOES 1-5                                                          DEFENDANTS

**THIRD AGREED ORDER AMENDING CASE MANAGEMENT PLAN ORDER**

This matter is before the Court on the joint motion <u>ore tenus</u> of the plaintiff William White and the defendants Yamaha Motor Corporation, U.S.A., and Yamaha Motor Co., Ltd., to amend the case management plan order in order to extend certain of the defendants' expert designation deadlines from February 15, 2008, to February 29, 2008, and keeping the remaining defendant expert deadlines the same; the Court, fully advised in the premises, finds the motion is well taken.

Accordingly, it is ORDERED that the joint motion to amend the case management plan order is granted and the below case management plan order deadline is amended as follows. The defendants are to designate their experts on or before February 15, 2008, except for the following:

   a. The expert designation deadline for Dr. Guy T. Vice Jr. is February 29, 2008.
   b. The expert designation deadline for Bruce H. Brawner is February 29, 2008.
   c. The expert designation deadline for Dr. Gerald D. Lee is February 29, 2008.

SO ORDERED this 13th day of February, 2008.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE

AGREED AS TO FORM AND CONTENT:

s/ Ralph Chapman
RALPH CHAPMAN
ATTORNEY FOR THE PLAINTIFFS WILLIAM WHITE AND PAULA WHITE

s/ Trey Bourn
TREY BOURN
ATTORNEY FOR THE DEFENDANTS YAMAHA MOTOR CORPORATION, U.S.A.,
AND YAMAHA MOTOR CO., LTD.